JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erin Laurent,<br><br>   Plaintiff,<br><br> v.<br><br>HVM L.L.C., et al.,<br><br>   Defendant(s). | SACV 14-00628 JVS (JPRx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: March 30, 2015

                _____
                  James V. Selna
                  United States District Judge